UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Loren Graham<br>Attorney at Law, Bar No. 673 | Case No. 2:23-ms-00043-MMD<br><br>ORDER OF SUSPENSION |

On October 11, 2023, this Court entered an Order to Show Cause (ECF No. 1 ("OSC")), mailed via certified mail. The OSC provided Mr. Graham with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. However, the OSC was returned Unclaimed – Unable to Forward – Return to Sender". Regardless, the OSC provided Mr. Graham with 30 days to respond with reasons why he should not be suspended from the practice of law this Court. No response has been received from Loren Graham. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Loren Graham, Bar No. 673, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 12th Day of December 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 13th day of December 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>	Loren Graham
>	2910 Persimmon Grove
>	Richmond, TX 77469

Certified Mail No.: 7020 3160 0000 7420 4996

>	/s/ Sharon H.
>	Deputy Clerk
>	United States District Court,
>	District of Nevada